

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646)593-8866
Fax:   (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SEA WAVE SHIPPING

                Plaintiff,

     - against -

DELOVOY MIR LIMITED

                Defendant.

----------------------------------------------------------X

ECF CASE

08 Civ. ____ (____)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff SEA WAVE SHIPPING represents to this Honorable Court that said Plaintiff has the following U.S. corporate parent and any publicly held corporation that owns 10% or more of its stock.

NONE

Dated: New York, New York
       August 21, 2008

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
SEA WAVE SHIPPING

By: _____
Rahul Wanchoo (RW-8725)