**MEMO ENDORSED**

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:   (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

'08 CIV 7414

AUG 21 2008
U.S.D.C. S.D. N.Y.
CASHIERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEA WAVE SHIPPING

       Plaintiff,

  - against -

DELOVOY MIR LIMITED

       Defendant.

-----------------------------------------------------------------X

ECF CASE

08 Civ. ____ (____)

**VERIFIED COMPLAINT**

*Verification by an attorney of a complaint on information and belief is not adequate. Sufficient should verify. So ordered.*

*Paul [Keith?]*
*USDJ*
AUG 2 2 2008

  Plaintiff, SEA WAVE SHIPPING ("Plaintiff"), by its attorneys, LAW OFFICES OF RAHUL WANCHOO, alleges on information and belief as follows:

**JURISDICTION AND VENUE**

  1. This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court. This case also falls under the Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333. Finally, this Court also has jurisdiction over this matter because the action also arises under the convention on the Recognition and Enforcement of Foreign Arbitral Awards,