LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646)593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2008

*This is inadequate as garnishees must be specifically identified. So ordered.* [handwritten]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SEA WAVE SHIPPING

               Plaintiff,

- against -

DELOVOY MIR LIMITED

               Defendant.

-----------------------------------------------------------X

ECF CASE

08 CV _____ ( ___ )

**EX PARTE ORDER OF
MARITIME ATTACHMENT**

MEMO ENDORSED

WHEREAS, on August 21, 2008 Plaintiff, SEA WAVE SHIPPING filed a Verified Complaint herein for damages amounting to $364,659.12 inclusive of interest, cost and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the District of this Court up to the amount of $364,659.12; and