**MEMO ENDORSED**

**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2008

08 CIV 7414

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SEA WAVE SHIPPING

                Plaintiff,

- against -

DELOVOY MIR LIMITED

                Defendant.

-----------------------------------------------------------X

ECF CASE

08 CV _____

**EX PARTE ORDER
APPOINTING PERSONS
TO SERVE PROCESS**

*Handwritten memo endorsement:* The affidavit in support of the maritime attachment is insufficient. The applicant must describe the efforts made to locate the defendant rather than stating a bald conclusion. So ordered. AUG 2 2 2008 /s/ Paul S. Cutry USDJ

    Plaintiff, having moved for an Order pursuant to Fed.R. Civ.P. 4(c) appointing Christopher Bogle or any *licensed process server over the age of 18 named* ~~other person appointed~~ by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of Rahul Wanchoo, Esq., that such appointment will result in substantial economies of time and expense.

    NOW, on motion of Law Offices of Rahul Wanchoo, attorneys for Plaintiff, it is

    **ORDERED**, that Christopher Bogle, or any *licensed process server over the age of 18 named* ~~other person appointed~~ by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, be and hereby is,